JOHN A. O'CONNOR, Respondent, *v.* G. EDWARD GRAFF et al., Appellants.

*Conversion — stockbrokers — unauthorized sale of stocks held by stockbroker on margin.*

*O'Connor* v. *Graff,* 186 App. Div. 116, affirmed.

(Argued October 22, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1919, modifying and affirming as

modified a judgment in favor of plaintiff entered upon the report of a referee. The action was in conversion to recover damages from the defendants for selling stocks claimed to have been bought and held on margin by them as plaintiff's brokers, and to have been disposed of by them without his knowledge or notice to him.

*John B. Doyle* and *Edward Murphy* for appellants.
*Andrew J. Nellis* and *H. Walter Lee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.